IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-88-D

| | | |
|---|---|---|
| MICHAEL E. WHITING, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KIDS R KIDS OF CARY, | ) | |
| | ) | |
| Defendant. | ) | |

On February 6, 2013, plaintiff (appearing pro se) filed an application and affidavit to proceed in forma pauperis [D.E. 1] and attached a proposed complaint [D.E. 1-1]. See 28 U.S.C. § 1915. On February 12, 2013, the court denied plaintiff's motion [D.E. 4]. On March 15, 2013, plaintiff filed a motion for reconsideration and supplemented his application and affidavit [D.E. 5, 6].

Plaintiff's supplemental filing clarified his application to proceed without prepayment of fees and demonstrated appropriate evidence of inability to pay the required court costs. Accordingly, plaintiff's motion for reconsideration [D.E. 5] is GRANTED, and his application [D.E.6] is allowed.

The clerk is directed to file the complaint and issue the summons prepared by plaintiff. The U.S. Marshal is directed to serve the summons and a copy of the complaint on defendant.

SO ORDERED. This _21_ day of March 2013.

JAMES C. DEVER III
Chief United States District Judge